UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIAN CALISTE AND BRIAN GISCLAIR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>v.<br><br>HARRY E. CANTRELL, MAGISTRATE JUDGE OF ORLEANS PARISH CRIMINAL DISTRICT COURT | CIVIL ACTION NO. 17-6197<br><br>(CLASS ACTION)<br><br>JUDGE FALLON<br><br>MAGISTRATE NORTH |

**MAGISTRATE JUDGE HARRY E. CANTRELL'S OPPOSITION TO DAVID CHRISTENSON'S CLASS ACTION COMPLAINT, MOTION TO JOIN, AND NOTICE OF APPEAL**

**May It Please The Court:**

With full reservation of all FRCP 12 defenses, Magistrate Judge Harry E. Cantrell respectfully submits that David Christenson be denied leave to participate in this action. This suit involves the setting of criminal bonds in certain on-going and closed cases in Orleans Parish Criminal District Court. (Rec. Doc. 1). Judge Cantrell has filed a motion to dismiss on the grounds that this Court lacks subject matter jurisdiction. (Rec. Doc. 12). Mr. Christenson's pleadings fail to reveal anything remotely related to the allegations made by the plaintiffs. Mr. Christenson should be denied leave and should be prohibited from filing and otherwise joining in this matter.

{00660050 - v1}

Respectfully submitted,

/s/ Celeste Brustowicz

**Burglass and Tankersley, LLC**
Dennis J. Phayer (#10408) (T.A.)
dphayer@burglass.com
Celeste Brustowicz (#16835) (T.A.)
cbrustowicz@burglass.com
Christopher K. Tankersley (#19176)
ctankersley@burglass.com
Elizabeth A. Doubleday (#34916)
edoubleday@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0428
Fax: (504) 287-0468
*Attorneys for:* Magistrate Judge of Orleans Parish Criminal District Court, Harry E. Cantrell, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2017, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

/s/ Celeste Brustowicz