UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ADRIAN CALISTE, ET AL.                          CIVIL ACTION

VERSUS                                          NUMBER: 17-06197

HARRY E. CANTRELL                               SECTION: "L"(5)

## ORDER SCHEDULING SETTLEMENT CONFERENCE

A settlement conference in the above matter is hereby **SCHEDULED** for November 27, 2017 at 2:00 p.m. before Magistrate Judge Michael B. North, Room B419, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana.

The parties shall be prepared to enter into meaningful and good-faith settlement negotiations at the conference. **Any party appearing without authority to negotiate, or without the ability to contact a client with full and ultimate settlement authority readily throughout the settlement conference, may be sanctioned**.

Each party shall provide, in confidence, a concise settlement memorandum, which shall include a brief description of (1) any liability disputes, (2) the key evidence the party expects to produce at trial, (3) the damages at issue in the case, (4) the party's settlement position[1] and (5) any other special issues that may have a material bearing upon settlement discussions (*e.g.,* outstanding liens, particularly contentious litigation history, related litigation in another forum, etc.). This memorandum shall be submitted **at least two (2) full business days before the conference.** The memorandum shall include the case number,

---

[1] "Settlement position" means something more than just an argument about the merits of your case or a statement concerning the amount or terms of an outstanding demand or offer. For the Court and parties to be successful in the limited time provided for this settlement conference, you should provide the Court with a clear understanding of your and your client's actual evaluation of the case and an idea of where you believe the case should settle. Lawyers whose cases settle at the conference invariably include this information in their memoranda.

case name, and be no longer than five pages double-spaced. The memorandum shall be emailed directly to: **efile-north@laed.uscourts.gov**. The email subject line should read**: "Settlement Position Paper for [case number] on [date of conference]."** Do not mail hard copies of the settlement memorandum to chambers.

Settlement conferences conducted by this Court are generally scheduled for 2-3 hours and may be one of two or three such sessions in a given day. Consequently, lengthy opening sessions/statements or the "dog-and-pony shows" typical of some private mediations will generally not be entertained by the Court. That is the purpose of the settlement memoranda. That is also why counsel for the parties are strongly encouraged to engage in preliminary discussions with an eye toward meaningfully narrowing their dispute(s) before appearing before the Court. Counsel are also advised – and are asked to advise their client(s) – that during the conference they should expect that the Court will devote substantial time to separate caucuses with each party and may also have discussions with counsel alone.

It is the duty of the Plaintiff(s) to notify this Court if trial is continued or if this case is settled or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

**Prior to the conference, the Plaintiff(s) is/are to have made a settlement proposal; the Defendant(s) is/are to have responded to that demand <u>and</u> are to have informed the Court of that response.**

New Orleans, Louisiana, this  21st  day of          November          , 2017.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

[A photo ID is required to enter the Courthouse.]

2