UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIAN CALISTE AND BRIAN GISCLAIR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>v.<br><br>HARRY E. CANTRELL, MAGISTRATE JUDGE OF ORLEANS PARISH CRIMINAL DISTRICT COURT | CIVIL ACTION NO. 17-6197<br><br>(CLASS ACTION)<br><br>JUDGE FALLON<br><br>MAGISTRATE NORTH |

## NOTICE OF APPEAL

**TO:**  Katie M. Schwartzmann
Eric A. Foley
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Avenue
New Orleans, LA  70119

Alec Karakatsanis
Civil Rights Corps
910 17th Street NW, Fifth Floor
Washington, DC  20006

Honorable Eldon E. Fallon
Judge, Section L
United States District Court for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Room C456
New Orleans, LA  70130

**PLEASE TAKE NOTICE** that defendant, Magistrate Judge Harry E. Cantrell, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Declaratory Judgment (Doc. 132) dated August 13, 2018, said appeal to include the following interlocutory Orders and Reasons issued by the Court prior to entry of the Declaratory Judgment:

1. Doc. 44—Order and Reasons dated August 25, 2017;

2. Doc. 81—Order and Reasons dated December 11, 2017;

3. Doc. 131—Order and Reasons dated August 6, 2018.

Respectfully submitted,

/s/ Dennis J. Phayer

**Burglass and Tankersley, LLC**
Dennis J. Phayer (#10408) (T.A.)
dphayer@burglass.com
Christopher K. Tankersley (#19176)
ctankersley@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
*Attorneys for Magistrate Judge Harry E. Cantrell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2018, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email, and/or United States Mail.

/s/ Dennis J. Phayer
