READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER FORM

District Court: __Eastern District of Louisiana__    District Court Docket No. __17-6197__

Short Case Title: __Caliste et al v. Cantrell__    Court Reporter: _____

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: __8/21/18__    Court of Appeals No.: __18-30954__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**

■No Hearings ■Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**

This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____ ☐Voir Dire:_____

☐Opening Statement of Plaintiff:_____ ☐Opening Statement of Defendant:_____

☐Closing Argument of Plaintiff:_____ ☐Closing Argument of Defendant:_____

☐Opinion of court:_____ ☐Jury Instructions:_____ ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:

☐Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);

☐Other IFP Funds;    ☐Advance Payment waived by reporter;    ☐U.S. Government Funds

☐Other _____

Signature _____    Date Transcript Ordered __N/A__

Print Name __Dennis J. Phayer__    Phone: __(504)836-0412__

Counsel for __Magistrate Judge Harry Cantrell__

Address __5213 Airline Drive, Metairie, Louisiana  70001__

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐Satisfactory Arrangements for payment were made on _____

☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received ☐Unable to contact ordering party

☐Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____

Address of Reporter:_____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____    Actual Number of Volumes:_____

Date: _____    Signature of Reporter:_____