# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30954

D.C. Docket No. 2:17-CV-6197

United States Court of Appeals
Fifth Circuit

**FILED**

August 29, 2019

Lyle W. Cayce
Clerk

ADRIAN CALISTE, individually and on behalf of all others similarly situated; BRIAN GISCLAIR, individually and on behalf of all others similarly situated,

      Plaintiffs - Appellees

v.

HARRY E. CANTRELL, Magistrate Judge of Orleans Parish Criminal District Court,

      Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiffs-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Oct 09, 2019

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit