# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 18-30954   Adrian Caliste, et al v. Harry Cantrell
                      USDC No. 2:17-CV-6197

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Debbie T. Graham, Deputy Clerk

cc:
    Mr. James W. Craig
    Ms. Mindy Nunez Duffourc
    Mr. Eric Andrew Foley
    Mr. Alec George Karakatsanis
    Mr. Dennis J. Phayer
    Mr. Jeff Rowes
    Ms. Katharine Murphy Schwartzmann