UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIAN CALISTE ET AL | CIVIL ACTION |
| VERSUS | NO. 17-6197 |
| HARRY E. CANTRELL | SECTION "L" (5) |

## ORDER

Considering the Court's order granting in part and denying in part Plaintiffs' Motion to Enforce Judgment, R. Doc. 172,

**IT IS ORDERED** that the parties participate in a telephone status conference on Wednesday, April 1, 2020 at 1:30 p.m. The Court will initiate the call.

New Orleans, Louisiana this 11th day of March, 2020.

_____
Eldon E. Fallon
United States District Judge