UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADRIAN CALISTE ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-6197** |
| **HARRY E. CANTRELL** | **SECTION "L" (5)** |

### ORDER

Pursuant to the United States District Court for the Eastern District of Louisiana's General Order 20-02 issued on March 16, 2020,

**IT IS ORDERED** that the upcoming telephone status conference, scheduled for Wednesday, April 1, 2020 at 1:30 p.m., will proceed as scheduled. Parties are instructed to use the following dial-in information to participate and are expected to be on the call **five minutes before** the scheduled start time.

**Dial-in #:** (877) 336-1839

**Access Code:** 4227405

New Orleans, Louisiana this 17th day of March, 2020.

_____
Eldon E. Fallon
United States District Judge