**MINUTE ENTRY**
**FALLON, J.**
**APRIL 9, 2020**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADRIAN CALISTE ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-6197** |
| **HARRY E. CANTRELL** | **SECTION "L" (5)** |

    A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Eric Foley and James Craig participated on behalf of Plaintiffs. Mindy Duffourc participated on behalf of Defendant Harry Cantrell. The parties discussed the status of the case and reported that the parties had timely complied with the Court's discovery order. Accordingly,

    **IT IS ORDERED** that the parties participate in a telephone status conference on Friday, May 8, 2020 at 9:00 a.m. Parties are instructed to use the following dial-in information to participate and are expected to be on the call **five minutes before** the scheduled start time.

    **Dial-in #:**    (877) 336-1839
    **Access Code:** 4227405

JS10(00:05)