UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIAN CALISTE ET AL | CIVIL ACTION |
| VERSUS | NO. 17-6197 |
| HARRY E. CANTRELL | SECTION "L" (5) |

## ORDER

Due to a conflict with the Court's schedule,

**IT IS ORDERED** that the upcoming telephone status conference, scheduled for Friday, May 8, 2020 at 9:00 a.m., be **RESCHEDULED** to Thursday, May 7, 2020 at 10:00 a.m. Parties are instructed to use the following dial-in information to participate and are expected to be on the call **five minutes before** the scheduled start time.

**Dial-in #:** (877) 336-1839

**Access Code:** 4227405

New Orleans, Louisiana this 28th day of April, 2020.

_____
Eldon E. Fallon
United States District Judge