**MINUTE ENTRY**
**FALLON, J.**
**MAY 7, 2020**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADRIAN CALISTE ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-6197** |
| **HARRY E. CANTRELL** | **SECTION "L" (5)** |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Eric Foley participated on behalf of Plaintiffs. Dennis Phayer participated on behalf of Defendant Harry Cantrell. The parties discussed the status of the case and reported that the parties intend to address the additional discovery ordered by the Court by the end of the month.

JS10(00:03)