UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIAN CALISTE and BRIAN GISCLAIR, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARRY E. CANTRELL, Magistrate Judge of Orleans Parish Criminal District Court,<br><br>　　　　Defendant. | Case No. 2:17-cv-06197-EEF-MBN |

## O R D E R

Upon consideration of *Plaintiffs' Ex Parte Motion to Schedule a Status Conference*, it is ORDERED that the motion is GRANTED, and the parties shall convene for a telephonic status conference on Wednesday, June 17, 2020 at 9:00 a.m. The parties are instructed to use the following information to participate:

Dial-in: (877) 336 1839

Access Code: 4227405

New Orleans, Louisiana this 11th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge