**MINUTE ENTRY**
**FALLON, J.**
**JUNE 17, 2020**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADRIAN CALISTE ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-6197** |
| **HARRY E. CANTRELL** | **SECTION "L" (5)** |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Eric Foley participated on behalf of Plaintiffs. Mindy Duffourc and Dennis Phayer participated on behalf of Defendant Harry Cantrell. The parties discussed the effect of a recent legislative change on the status of the case. Plaintiffs represented that they intended to withdraw the pending motion for a permanent injunction.

JS10(00:07)