UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIAN CALISTE and BRIAN GISCLAIR, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARRY E. CANTRELL, Magistrate Judge of Orleans Parish Criminal District Court,<br><br>　　　　Defendant. | Case No. 2:17-cv-06197-EEF-MBN |

## O R D E R

Upon consideration of Plaintiffs' *Unopposed Motion to Extend Submission Date*, it is ORDERED that the motion is GRANTED and the submission date for their *Renewed Motion for Rule to Show Cause Why Defendant Cantrell Should Not Be Held in Contempt* (ECF No. 184) shall be set for July 22, 2020.

New Orleans, Louisiana this 9th day of July, 2020.

_____
Eldon E. Fallon
United States District Judge